Joseph J. Berry
antsa@aol.com
6505 Collingsworth Street
Las Vegas, Nevada 89131
Tel: (702) 217-5620
Fax: (702) 657-1610
Plaintiff in Proper Person

Michael R. Brooks, Esq.
Nevada Bar No. 7287
mbrooks@brooksbauer.com
I-Che Lai, Esq.
Nevada Bar No. 12247
ilai@brooksbauer.com
BROOKS BAUER LLP
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 851-1191
Fax: (702) 851-1198
Attorneys for Defendant Seterus, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH J. BERRY,<br><br>            Plaintiff,<br><br>vs.<br><br>SETERUS, INC. a Delaware CORPORATION; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendant. | Case No. 2:12-cv-01855-GMN-(GWF)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Joseph J. Berry, and Defendant, Seterus, Inc., hereby stipulate and agree to a binding Court order as follows:

Whereas on October 11, 2012, Berry commenced this action in the Eighth Judicial District Court.

Whereas on October 29, 2012, Seterus, Inc. removed this action to this Court.

Whereas the parties stipulate to a dismissal of this action with prejudice.

Whereas the parties agree to waive any claim for attorney's fees and costs associated with the litigation of this action against one another.

//

**IT IS SO STIPULATED:**

Dated: 10-30-2012        _____
                        Joseph J. Berry
                        Plaintiff in Proper Person


                        BROOKS BAUER LLP

Dated: 11/1/2012        _____
                        Michael R. Brooks, Esq.
                        I-Che Lai, Esq.
                        BROOKS BAUER LLP
                        Attorneys for Defendant Seterus, Inc.


**IT IS SO ORDERED** this 2nd day of November, 2012.

_____
Gloria M. Navarro
United States District Judge